IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

    Plaintiff,

v.

JUDY L. GOEBEL, in her individual capacity,
JEFFERSON COUNTY, COLORADO, by and through the
JEFFERSON COUNTY BOARD OF COMMISSIONERS,
COMMISSIONER JIM CONGROVE, in his official capacity as a County Commissioner,
COMMISSIONER KATHY HARTMAN, in her official capacity as a County Commissioner, and
COMMISSIONER KEVIN MCCASKY, in his official capacity as a county Commissioner,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 14, 2008.**

    Plaintiff has filed a Motion for Leave to File Second Amended Complaint and Jury Demand [Docket #26]. Defendants object in part to Plaintiff's request. Based on the record in this case, including the early stage of litigation, and the liberal standards of Rule 15(a), the Court finds that this amendment will further the efficient resolution of this matter. Defendants' objections to any of Plaintiff's substantive claims are best resolved through either a Motion to Dismiss or a Motion for Summary Judgment. Accordingly, Plaintiff's Motion is **granted**, and Plaintiff is directed to file her proposed Second Amended Complaint, without the Exhibit A sticker, on or before April 18, 2008.