## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

    Plaintiff,

v.

JUDY L. GOEBEL,
JEFFERSON COUNTY, COLORADO, by and through the JEFFERSON COUNTY
BOARD OF COMMISSIONERS,
COMMISSIONER JIM CONGROVE, in his official capacity as a County Commissioner,
COMMISSIONER KATHY HARTMAN, in her official capacity as a County Commissioner,
and
COMMISSIONER KEVIN McCASKY, in his official capacity as a County Commissioner,

    Defendants.

## MINUTE ORDER[1]

    The matters before the court are: (1) **Defendant Jefferson County's Notice of Withdrawal of Motion to Dismiss** [#35], filed April 24, 2008; and (2) **Defendant Judy L. Goebel's Joinder in Jefferson County's Notice of Withdrawal of Motion To Dismiss** [#36], filed April 25, 2008. After careful review of the notices and the file, the court has concluded that the notices should be approved and that defendant Jefferson County's motion to dismiss, and defendant Goebel's joinder in the motion to dismiss should be withdrawn

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Defendant Jefferson County's Notice of Withdrawal of Motion to Dismiss** [#35], filed April 24, 2008, is **APPROVED**;

    2. That **Jefferson County Defendants' Motion To Dismiss** [#22], filed March 21, 2008, is **WITHDRAWN**;

    3. That **Defendant Judge L. Goebel's Joinder in Jefferson County's Notice of**

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

**Withdrawal of Motion To Dismiss** [#36], filed April 25, 2008, is **APPROVED**; and

4. That **Defendant Judy L. Goebel's Joinder in Jefferson County Defendants' Motion To Dismiss** [#24], filed March 28, 2008, is **WITHDRAWN**.

Dated: April 25, 2008