IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

    Plaintiff,
v.

JUDY L. GOEBEL, in her individual capacity,
JEFFERSON COUNTY, COLORADO, by and through the
JEFFERSON COUNTY BOARD OF COMMISSIONERS,
COMMISSIONER JIM CONGROVE, in his official capacity as a County Commissioner,
COMMISSIONER KATHY HARTMAN, in her official capacity as a County Commissioner, and
COMMISSIONER KEVIN MCCASKY, in his official capacity as a county Commissioner,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2008.**

    Based upon the parties' agreement, and the entire record herein, the Motion for Entry of Stipulated Protective Order [Filed June 4, 2008; Docket #40] is **granted**. The Court will sign the Protective Order and enter it on the record.