IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

    Plaintiff,

v.

JUDY L. GOEBEL, in her individual capacity,
JEFFERSON COUNTY, COLORADO, by and through the
JEFFERSON COUNTY BOARD OF COMMISSIONERS,
COMMISSIONER JIM CONGROVE, in his official capacity as a County Commissioner,
COMMISSIONER KATHY HARTMAN, in her official capacity as a County Commissioner, and
COMMISSIONER KEVIN MCCASKY, in his official capacity as a county Commissioner,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 8, 2008.**

    Plaintiff's Amended Motion for Modification of Scheduling Order [Filed July 1, 2008; Docket #47] is **granted in part and denied in part** as specified herein. First, Plaintiff seeks, and Defendants do not oppose, a 60-day extension of discovery deadlines. However, this case is set for trial on April 6, 2008, and, unless the parties obtain a later trial date, the dispositive motion deadline must remain as December 1, 2008. Otherwise, the parties will not have sufficient time to prepare for trial after receiving a ruling on any dispositive motions. Accordingly, the discovery deadlines are modified as follows:

| | |
|---|---|
| Expert disclosures: | September 15, 2008 |
| Written discovery: | 33 days prior to the discovery deadline |
| Rebuttal expert disclosures: | October 15, 2008 |
| Discovery deadline: | November 15, 2008 |

    Second, Plaintiff requests that she be allowed to depose a total of 14 lay witnesses, and Defendants object to this request. Plaintiff has set forth sufficient reasons in her motion to establish good cause for a greater number of depositions. Accordingly, Plaintiff's Motion is granted to this extent.