IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

     Plaintiff,

v.

JUDY L. GOEBEL, in her individual capacity,
JEFFERSON COUNTY, COLORADO, by and through the
JEFFERSON COUNTY BOARD OF COMMISSIONERS,
COMMISSIONER JIM CONGROVE, in his official capacity as a County Commissioner,
COMMISSIONER KATHY HARTMAN, in her official capacity as a County Commissioner, and
COMMISSIONER KEVIN MCCASKY, in his official capacity as a county Commissioner,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 31, 2008.**

     Plaintiff's unopposed Motion for Leave to File Third Amended Complaint and Jury Demand [Filed July 26, 2008; Docket #53] is **granted**. The Clerk of the Court is directed to docket the Third Amended Complaint and Jury Demand, docket #53-2, which will be deemed as filed this day.