IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

    Plaintiff,

v.

JUDY L. GOEBEL, in her individual capacity,
JEFFERSON COUNTY, COLORADO, by and through the
JEFFERSON COUNTY BOARD OF COMMISSIONERS,
COMMISSIONER JIM CONGROVE, in his official capacity as a County Commissioner,
COMMISSIONER KATHY HARTMAN, in her official capacity as a County Commissioner, and
COMMISSIONER KEVIN MCCASKY, in his official capacity as a county Commissioner,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 25, 2008.**

    Defendants Jefferson County, Colorado and the Jefferson County Board of Commissioners' unopposed Motion for Leave to Amend Answer to Third Amended Complaint [filed August 22, 2008; docket #63] is **granted**. The Clerk of the Court is directed to docket the Amended Answer to Third Amended Complaint, docket #63-2, which will be deemed as filed this day.