IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

    Plaintiff,

v.

JUDY L. GOEBEL, in her individual capacity,
JEFFERSON COUNTY, COLORADO, by and through the
JEFFERSON COUNTY BOARD OF COMMISSIONERS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 7, 2008.**

    Pending before the Court is Plaintiff's Motion for Modification of Scheduling Order [filed September 15, 2008; docket #67]. In this motion, Plaintiff informed the Court Defendant Jefferson County opposed the requested modification, however, Defendant Jefferson County did not respond to Plaintiff's Motion, and therefore the Court considers Plaintiff's Motion unopposed and **granted in part and denied in part**. The expert witness designation deadline in this matter is re-set for **October 10, 2008**, and the rebuttal expert designation deadline is re-set for **November 10, 2008**.
    The parties are reminded the discovery cut-off remains set for November 15, 2008, and the dispositive motion deadline is December 1, 2008.