IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

    Plaintiff,

v.

JUDY L. GOEBEL, in her individual capacity,
JEFFERSON COUNTY, COLORADO, by and through the
JEFFERSON COUNTY BOARD OF COMMISSIONERS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

    Plaintiff's Unopposed Motion for Two-Week Extension of Deadlines including Discovery Deadline and Dispositive Motion Deadline [filed November 14, 2008; docket #75] is **granted in part and denied in part**. The deadlines in this matter are amended as follows:

    Discovery Deadline           **December 15, 2008**
    Dispositive Motion Deadline    **December 31, 2008**

    Accordingly, Defendant Jefferson County's Unopposed Motion for Modification of Scheduling Order [filed November 14, 2008; docket #76] is **granted**.