IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

    Plaintiff,

v.

JUDY L. GOEBEL, in her individual capacity,
JEFFERSON COUNTY, COLORADO, by and through the
JEFFERSON COUNTY BOARD OF COMMISSIONERS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 31, 2008.**

    Defendant Judy L. Goebel's Unopposed Motion for Modification of Scheduling Order [filed December 30, 2008; docket #86] is **granted**. The dispositive motion deadline in this matter is hereby extended up to and including **January 5, 2009**.