IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

     Plaintiff,

v.

JUDY L. GOEBEL, in her individual capacity,
JEFFERSON COUNTY, COLORADO, by and through the
JEFFERSON COUNTY BOARD OF COMMISSIONERS,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 8, 2009.**

     Pending before the Court is Plaintiff's Motion to Compel Deposition Discovery Answer [filed December 12, 2008; docket #79]. Plaintiff requests asking one follow up question of James Moore, whether Mr. Moore has any explanation for Defendant Goebel's alleged "change in position" concerning the reasons for the nonselection of Plaintiff for a risk management position (and, if Mr. Moore answers in the affirmative, only so many questions as necessary to establish his explanation). After reading the parties' positions, the Court believes that counsel for the parties had an agreement concerning the scope of the continued deposition of Mr. Moore, and the question falls outside that scope. The question is relevant, however. Therefore, the Court will **grant** the Motion contingent on the payment of attorney's fees for Defendants' counsel to prepare for and attend (including travel time) the re-continued deposition of Mr. Moore, as well as the cost of any transcript of such proceeding. Plaintiff's counsel shall inform Defendants' counsel of his intentions regarding the re-continued deposition on or before close of business January 12, 2009.

     SO ORDERED.