IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

      Plaintiff,

v.

JUDY L. GOEBEL, in her individual capacity,
JEFFERSON COUNTY, COLORADO, by and through the
JEFFERSON COUNTY BOARD OF COMMISSIONERS,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 22, 2009.**

      Plaintiff's Consented Motion for Stay of Deadlines [filed January 21, 2009; docket #103] is **granted**. All deadlines are stayed in this matter, pending the filing of dismissal papers. The parties shall submit dismissal papers on or before **February 20, 2009**.

      In light of the stay, the Final Pretrial Conference set in this matter for Friday, January 30, 2009, at 9:15 a.m. is hereby **vacated**.