## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

    Plaintiff,

v.

JUDY L. GOEBEL,
JEFFERSON COUNTY, COLORADO, by and through the JEFFERSON COUNTY
BOARD OF COMMISSIONERS, and
COMMISSIONER KEVIN McCASKY, in his official capacity as a County Commissioner,

    Defendants.

## ORDER DISMISSING
## DEFENDANT JUDY L. GOEBEL

**Blackburn, J.**

The matter before me is the **Stipulated Dismissal of Defendant Goebel** [#108] filed February 19, 2009. After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that plaintiff's claims against defendant, Judy L. Goebel, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal of Defendant Goebel** [#108] filed February 19, 2009, is **APPROVED**;

2. That plaintiff's claims against defendant, Judy L. Goebel, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That any pending motion filed on behalf of defendant, Judy L. Goebel, is **DENIED** as moot; and

4.  The defendant, Judy L. Goebel, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated February 20, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge