IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

    Plaintiff,

v.

JEFFERSON COUNTY, COLORADO, by and through the
JEFFERSON COUNTY BOARD OF COMMISSIONERS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 20, 2009.**

    Defendants' Uncontested Motion to Amend Protective Order [filed February 20, 2009; docket #109] is **granted**.  The proposed amendment is hereby added to the protective order, which the Court enters contemporaneously with this order.