IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00099-REB-MEH

WANDA MEDLOCK,

    Plaintiff,

v.

JEFFERSON COUNTY, COLORADO, by and through the JEFFERSON COUNTY BOARD OF COMMISSIONERS, and

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss** [#112] filed February 19, 2009. After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#112] filed February 19, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for March 13, 2009, is **DISMISSED**;

3. That the jury trial set to commence April 6, 2009, is **VACATED**;

4. That any pending motion filed is **DENIED** as moot; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 20, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge